IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDWARD WEINHAUS,

              Plaintiff,

    v.

REGINA A. SCANNICCHIO and the
ILLINOIS JUDGES ASSOCIATION,

              Defendants.

NOTICE OF REMOVAL

Now comes Defendant, the Illinois Judges Association, by its attorneys, Progar Law Group LLC, and pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, files this Notice of Removal regarding the above-captioned action, commenced and pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, under Case Number 2025CH10526, to the United States District Court for the Northern District of Illinois, Eastern Division, for the reasons stated below.

NATURE OF THE ACTION

1.    Plaintiff, Edward Weinhaus, commenced this action on October 15, 2025, by filing a Verified Complaint (For Damages and Equity) in the Circuit Court of Cook County, Illinois under Case Number 2025CH10526 (the "Lawsuit").

2.     Plaintiff names two defendants in the Lawsuit: Judge Regina A. Scannicchio and the Illinois Judges Association. Plaintiff has also named 12 non-party judges as respondents in discovery under Illinois state law. *See*, 735 ILCS 5/2-402.

3.     In the Lawsuit, Plaintiff alleges that while acting under color of state law, Defendants interfered with Plaintiff's rights to equal protection and due process under the Fifth and Fourteenth Amendments to the United States Constitution, in violation of 42 U.S.C. § 1983.

BASIS FOR REMOVAL

4.     Title 28, Section1441(a) of the United States Code provides that:

"[A]ny civil action brought in a State court of which the district courts of the United states have original jurisdiction, may be removed by the defendant or defendants to the district court of the United States for the district and division embracing the place where such action is pending.

5.     This lawsuit is a civil action within the meaning of 28 U.S.C. § 1441(a).

6.     In the Lawsuit, Plaintiff alleges that while acting under color of state law, Defendants caused him to be deprived of his rights secured by the United States Constitution and Amendments thereto, and that Defendants are therefore liable to him for redress in an action at law or suit in equity under 28 U.S.C. § 1983.

7.     Under 28 U.S.C. § 1331, the district courts have original jurisdiction

2

of all civil actions arising under the Constitution or laws of the United States.

VENUE

8.     The United States District Court for the Northern District of Illinois, Eastern Division, is comprised in part of Cook County, where the Lawsuit is pending. *See*, 28 U.S.C. § 93(a)(1).

TIMELINESS OF NOTICE OF REMOVAL

9.     Notice of removal "shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.SC. § 1446(b)(1).

10.     The complaint in the Lawsuit was filed on October 15, 2025. Service of the summons on the Illinois Judges Association was made on March 16, 2026. This Notice is timely filed in accordance with 28 U.S.C. § 1446(b)(1). *See*, *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) ("[I]f the complaint is filed in court prior to any service, the removal period runs from the service of the summons.")

11.     Defendant, Judge Regina A. Scannicchio, has not been served properly in the Lawsuit. Therefore, Judge Scannicchio is not required to join in or consent to removal. *See*, 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants who have been

3

properly joined and served must join in or consent to the removal of the action.")

## NOTICE TO ADVERSE PARTIES AND STATE COURT

12. After filing this Notice of Removal, the Illinois Judges Association will give written notice to all parties in the Lawsuit and file a copy of the Notice with the Clerk of the Circuit Court of Cook County, as required under 28 U.S.C. § 1446(d).

## NONWAIVER OF DEFENSES

13. By filing this Notice of Removal, Defendant does not waive its rights to object subject matter jurisdiction, jurisdiction over the person, insufficient process, insufficient service of process, expiration of the applicable statute of limitations, that it is a proper party to this lawsuit, or that the Verified Complaint fails to state a claim upon which relief can be granted, and specifically reserves the right to assert these and any other defenses and objections that it may have as a matter of law or equity.

Wherefore, Defendant, the Illinois Judges Association, removes this action from the Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case Number 2025CH10526, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446.

4

Respectfully submitted,

PROGAR LAW GROUP LLC
Attorneys for Defendant,
Illinois Judges Association

*s/ Michael J. Progar*
One of Its Attorneys

Michael J. Progar (IL ARDC No. 6181280)
PROGAR LAW GROUP LLC
Attorneys for Defendant,
Illinois Judges Association
200 W. Adams Street, Suite 2220
Chicago, IL 60606-5231
(312) 630-9630
*mjp@progarlaw.com*

5

## APPENDIX

Copies of the following process, pleadings, and orders are provided with Defendant Illinois Judges Association's Notice of Removal in accordance with 28 U.S.C. § 1446(a).

1. Verified Complaint

2. Alias Summons

3. Appearance and Jury Demand of Defendant (Scannicchio)