IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EDWARD WEINHAUS,

               Plaintiff,

      v.

ILLINOIS JUDGES ASSOCIATION
and REGINA A. SCANNICCHIO,

               Defendants.

Case No.: 1:26-cv-03091
Honorable Jeremy C. Daniel

DEFENDANTS' JOINT MOTION TO SET
DATE TO FILE RESPONSIVE PLEADINGS

Now come Defendants, the Illinois Judges Association, and Judge Regina A. Scannicchio, by their respective counsel, and move this honorable court to allow Defendants to and including May 8, 2026 to file their responsive pleadings, on the following grounds.

1. Defendant Illinois Judges Association filed its Notice of Removal of this case from the Circuit Court of Cook County, Illinois on March 19, 2026.

2. The Illinois Judges Association served its Acknowledgment of Receipt of Summons and Complaint in the Cook County case on March 16, 2026. Its answer or other responsive pleading would then have been due on April 18, 2026.

3.  Defendant Judge Scannicchio objected to personal jurisdiction in the Cook County case, and a briefing schedule on her motion to quash was set by Order dated February 10, 2026.

4. Subsequently, Plaintiff filed a Petition for Recusal or Substitution of Judge on February 24, 2026, on the ground that the assigned judge was a member of the Illinois Judges Association.

5. By order dated March 16, 2026, the Cook County case was assigned to a different presiding judge and the case was set for a case management conference on a date after the filing of the Notice of Removal.

6. It is believed that Plaintiff may file a notice of remand based on lack of subject matter jurisdiction.

7. Undersigned counsel for Defendant attempted to reach counsel for Plaintiff to find out whether he had an objection to this motion, but was unable to obtain a response prior to filing this motion.

WHEREFORE, Defendants, Illinois Judges Association and Judge Regina A. Scannicchio, move this honorable Court for an order allowing Defendants to and including May 8, 2026 to file their responsive pleadings.

Respectfully submitted,

PROGAR LAW GROUP LLC
Attorneys for Defendant,
Illinois Judges Association

*s/ Michael J. Progar*
One of Its Attorneys

2

OFFICE OF THE ILLINOIS
ATTORNEY GENERAL
Attorneys for Defendant
Judge Regina A. Scannicchio

*s/ Michael J. Bradtke*
Michael J. Bradtke
Assistant Attorney General

Michael J. Progar (IL ARDC No. 6181280)
PROGAR LAW GROUP LLC
Attorneys for Defendant,
Illinois Judges Association
200 W. Adams Street, Suite 2220
Chicago, IL 60606-5231
(312) 630-9630
*mjp@progarlaw.com*

3

## APPENDIX

Copies of the following process, pleadings, and orders are provided with Defendant Illinois Judges Association's Notice of Removal in accordance with 28 U.S.C. § 1446(a).

1. Verified Complaint

2. Alias Summons

3. Appearance and Jury Demand of Defendant (Scannicchio)